Battle, Jl
 

 After the judgment was rendered against him in the County Court, the defendant had an undoubted right to appeal from it at any time during the same term. Rev. Stat. ch. 4, sec. 1. That right was not at all affected by the attempt of the defendant to have it vacated in the County Court. The effect of the appeal was to vacate the judgment in the County Court, and to constitute the cause as it stood in that Court to be disposed of
 
 de novo
 
 in the Superior Court. In the judgment of the latter Court we cannot discover any error. After the
 
 *368
 
 issues of fraud were found in bis favor, the defendant had a right to be allowed to take the oath for the relief of insolvent debtors and to be then discharged, and in the order of the Superior Court to that effect, there is no error. This opinion will be certified, to the end that the Superior Court may proceed to enforce its judgment.
 

 PeR CukiAM. Judgment affirmed.